# STATON & TAYLOR

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS AT LAW

| | |
|---|---|
| FORT WORTH OFFICE<br>902 South Jennings<br>Fort Worth, Texas 76104<br>817.870.2780<br>Facsimile:  817.870.2781 | CORPUS CHRISTI OFFICE<br>642 Omaha Dr., P.O. Box 9380<br>Corpus Christi, Texas 78469-9380<br>361.881.9403 |

sender's e-mail address: geraldstaton@charter.net

November 14, 2006

District Clerk
450 Golden Gate Avenue
San Francisco, CA.  94102

    RE:   *Reid Ashman Manufacturing vs. Swanson Semiconductor Service*
            *C06-04693JCS*

Dear District Clerk:

    I would like to attend the case management hearing set for Friday November 17th, 2006 at 1:30 p.m. by phone.  The reason I would prefer this is that it will be considerably less costly for my client with respect to both time and expense.

    The phone number that I will be available at is (817)870-2780.  Thank you very much for your consideration of this matter.

                                Sincerely,

                                /s/
                              Gerald Staton

GGS    Dated:  November 14, 2006.  The Court will initiate the phone contact.
alb



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C:\Documents and Settings\Workstation\My Documents\Cases\Swanson Semiconductor\Letters\Case management letter.doc