Gerald G. Staton, TX BAR NO. 24000064
geraldstaton@charter.net
Staton & Taylor, PC
902 South Jennings
Fort Worth, TX  76104
tel: (817)870-2780
fax: (817)870-2781
Attorney for Swanson Semicondutor Services, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REID ASHMAN MANUFACTURING, INC., a California Corporation<br><br>    Plaintiff,<br><br>  vs.<br><br>SWANSON SEMICONDUCTOR SERVICE, LLC, a Texas Limited Liability Company,<br><br>    Defendant | Civil Action<br><br>File Number C06-04693-JCS<br><br>**ORDER GRANTING APPLICATIONO FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

  Gerald G. Staton, an active member in good standing of the bar of the State of Texas and the Northern District of Texas whose business address and telephone number is:

  Gerald G. Staton
  Staton & Taylor, P.C.
  902 South Jennings
  Fort Worth, TX 76104
  Tel: 817-870-2780
  Fax:817-870-2781
  geraldstaton@charter.net

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Semicondutor Services, LLC.

Order Granting Application for Admission of Attorney *Pro Hac Vice*- 1

1
2   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
3   conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicated appearance *pro*
4   *hac vice*.  Service of papers upon and communication with co-counsel designed in the
5   application will constitute notice to the party.  All future filings in this action are subject to the
6   requirements contained in General Order No. 45, *Electronic Case Filing*.
7
8
9
10  Dated:    November 15, 2006
11                                                                          _____
                                                                            United States Magistrate Judge
12

