Richard L. Schwartz, TX BAR NO. 17869500
rschwartz@whitakerchalk.com
**WHITAKER CHALK SWINDLE & SAWYER L.L.P.**
301 Commerce Street, Suite 3500
Fort Worth, TX 76102-4186
Phone: (817)878-0500
Fax: (817)878-0501
Attorney for Swanson Semiconductor Service, LLC
*Pro Hac Vice* Application Pending

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REID-ASHMAN MANUFACTURING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SWANSON SEMICONDUCTOR SERVICE, LLC, a Texas Limited Liability Company,<br><br>Defendant. | Civil Action<br><br>File Number C06-04693-JCS<br><br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL |

Defendant's attorney, Martin D. Murphy, Esq., of Liuzzi, Murphy & Solomon, LLP, has filed Defendant's Unopposed Motion for Substitution of Counsel requesting substitution of Richard L. Schwartz, Whitaker Chalk Swindle & Sawyer L.L.P., 301 Commerce Street, Suite 3500, Fort Worth, TX 76102-4186; Phone: (817)878-0500; Fax: (817)878-0501; E-mail: rschwartz@whitakerchalk.com; and permitting the withdrawal of Gerald G. Staton of Staton & Taylor, P.C.

IT IS HEREBY ORDERED that the substitution of counsel is granted. All future filings shall be served upon Richard L. Schwartz, along with Martin D. Murphy, as counsel for Defendant.

Dated: _December 20, 2006___     _____
                                  United States [signature: Judge Joseph C. Spero]

**CIVIL ACTION NO. C06-04693-JCS**
**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL**         **PAGE 1**