Richard L. Schwartz (TX Bar No. 17869500)
rschwartz@whitakerchalk.com
**WHITAKER, CHALK, SWINDLE & SAWYER LLP**
301 Commerce Street, Suite 3500
Fort Worth, TX 76102-4186
Telephone: (817) 878-0500
Facsimile: (817) 878-0501

Daniel Rapaport (Bar No. 67217)
drapaport@wendel.com
Corie A. Edwards (Bar No. 184042)
cedwards@wendel.com
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Martin D. Murphy (SBN 164669)
martin@lmslaw.com
**LIUZZI, MURPHY & SOLOMON, LLP.**
101 Montgomery Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 543-5050
Fax: (415) 543-3550

Attorneys for Defendant
Swanson Semiconductor Services, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REID-ASHMAN MANUFACTURING, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SWANSON SEMICONDUCTOR SERVICE, LLC, a Texas limited liability company,<br><br>Defendant. | Case No. C 06-04693 JCS<br><br>**SUBSTITUTION OF ATTORNEY**<br><br>Judge:   Honorable Joseph C. Spero<br>Courtroom:  A, 15th Floor |

/ / /

*SUBSTITUTION OF ATTORNEY - Case No. C 06-04693 JCS*

014539.0001\802222.1

Defendant, Swanson Semiconductor Service, LLC, hereby substitutes Wendel, Rosen, Black & Dean, LLP, as attorneys of record in this action, in lieu and place of Liuzzi, Murphy & Solomon, LLP. The address for service of notices on defendant is 1111 Broadway, 24th Floor, Oakland, California 94607. Telephone No: (510) 834-6600. Facsimile Transmission No: (510) 834-1928.

Dated: January 25, 2007

SWANSON SEMICONDUCTOR SERVICE, LLC

By: _____
Todd Swanson
Its: President

Dated: January 25, 2007

WHITAKER, CHALK, SWINDLE & SAWYER LLP

By: _____
Richard L. Schwartz
Attorneys for Defendant
Swanson Semiconductor Services, Inc.

Dated: January ___, 2007

LIUZZI, MURPHY & SOLOMON, LLP.

By: _____
Martin D. Murphy
Attorneys for Defendant
Swanson Semiconductor Services, Inc.

Dated: January ___, 2007

WENDEL, ROSEN, BLACK & DEAN LLP

By: _____
Corie A. Edwards
Attorneys for Defendant
Swanson Semiconductor Services, Inc.

1  Defendant, Swanson Semiconductor Service, LLC, hereby substitutes Wendel, Rosen,
2  Black & Dean, LLP, as attorneys of record in this action, in lieu and place of Liuzzi, Murphy &
3  Solomon, LLP. The address for service of notices on defendant is 1111 Broadway, 24th Floor,
4  Oakland, California 94607. Telephone No: (510) 834-6600. Facsimile Transmission No: (510)
5  834-1928.

7  Dated: January _____, 2007           SWANSON SEMICONDUCTOR SERVICE, LLC

10                                       By: _____
                                             Todd Swanson
                                             Its: President

12  Dated: January _____, 2007           WHITAKER, CHALK, SWINDLE & SAWYER LLP

14                                       By: _____
                                             Richard L. Schwartz
15                                           Attorneys for Defendant
                                             Swanson Semiconductor Services, Inc.

17  Dated: January 24, 2007              LIUZZI, MURPHY & SOLOMON, LLP.

19                                       By: _____
                                             Martin D. Murphy
                                             Attorneys for Defendant
20                                           Swanson Semiconductor Services, Inc.

22  Dated: January 25, 2007              WENDEL, ROSEN, BLACK & DEAN LLP

24                                       By: _____
                                             Corie A. Edwards
25                                           Attorneys for Defendant
                                             Swanson Semiconductor Services, Inc.

26  Dated: January 26, 2007

**IT IS SO ORDERED**
Judge Joseph C. Spero

SUBSTITUTION OF ATTORNEY - Case No. C 06-04693 JCS