

ATTORNEYS AT LAW

1111 Broadway, 24th Floor
Oakland, CA  94607-4036

Post Office Box 2047
Oakland, CA  94604-2047

Telephone: (510) 834-6600
Fax: (510) 834-1928
drapaport@wendel.com

March 7, 2007

**VIA ELECTRONIC FILING AND FACSIMILE TRANSMISSION**

The Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      **Re:**    *Reid-Ashman Manufacturing, Inc. v.*
              *Swanson Semiconductor Service, LLC*;
              **U.S.D.C. Case No. C06-04693-JCS**

Dear Judge Spero:

      I am writing to request that Mr. Schwartz, my co-counsel, be allowed to be appear telephonically at the Case Management Conference in this matter on March 9, 2007 at 1:30 p.m. Please find the appropriate contact number listed below.

      Richard L. Schwartz: (817) 878-0524

      Thank you for your kind consideration of our request.

                  Very truly yours,

                  WENDEL, ROSEN, BLACK & DEAN LLP

                  */s/ Daniel Rapaport*

                  Daniel Rapaport

DAN:gcc

cc:    Richard L. Schartz
        Dean Morehous
        David Ritchie

Dated:  March 7, 2007



IT IS SO ORDERED

Judge Joseph C. Spero

014539.0001\806235.1