Richard L. Schwartz (TX Bar No. 17869500)
rschwartz@whitakerchalk.com
**WHITAKER CHALK SWINDLE & SAWYER L.L.P.**
301 Commerce Street, Suite 3500
Fort Worth, TX 76102-4186
Tel: (817)878-0524
Fax: (817)878-0501

Daniel Rapaport (Bar No. 67217)
drapaport@wendel.com
**WENDEL ROSEN BLACK & DEAN, L.L.P.**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Tel: (510)834-6600
Fax: (510)834-1928

Attorneys for Defendant and Counter-Claimant
Swanson Semiconductor Service, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REID-ASHMAN MANUFACTURING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SWANSON SEMICONDUCTOR SERVICE, LLC, a Texas Limited Liability Company,<br><br>Defendant.<br>_____<br><br>AND RELATED COUNTER-CLAIM | No. C 06-04693 JCS<br><br>**JOINT STIPULATED REVISIONS TO THE PATENT CASE MANAGEMENT AND PRETRIAL ORDER (JURY)**<br><br>Judge: Honorable Joseph C. Spero |

The parties have met and conferred and respectfully jointly stipulate to the following amendment to the Patent Case Management and Pretrial Order (Court Document #40) to permit a two month extension of time for certain "Claim Construction" deadlines, as follows:

II. **CLAIM CONSTRUCTION**

E. The parties shall file their Joint Claim Construction and Pre-hearing Statement pursuant to Pat L.R. 4-3 on or before **June 4, 2007**.

G. The claim construction discovery period shall begin after **February 12, 2007**. The parties shall be allotted no more than ten (10) claim construction interrogatories per side and five (5) claim construction depositions per side. Completion of Claim Construction Discovery pursuant to Patent L.R. 4-4 shall be completed on or before **June 12, 2007**, except on matters for which there is a pending discovery motion filed on or before that date.

H. Opening Claim Construction Briefs by Plaintiff pursuant to Pat L.R. 4-5(a) on or before **June 26, 2007**.

I. Responding Claim Construction Briefs by Defendant pursuant to Pat L.R. 4-5(b) on or before **July 10, 2007**.

J. Reply Claim Construction Briefs by Plaintiff pursuant to Pat L.R. 4-5(c) on or before **July 17, 2007**.

K. The Claim Construction hearing is set for ~~**August 14, 2007, at 9:30 a.m.**~~ August 30, 2007, at 1:30 p.m.

The parties seek this stipulated extension of time to permit orderly discovery and a further narrowing of the claim construction issues while they continue to explore a possible negotiated resolution.

Respectfully submitted,

/s/Richard L. Schwartz
Richard L. Schwartz, TX BAR NO. 17869500
**WHITAKER CHALK SWINDLE & SAWYER L.L.P.**
rschwartz@whitakerchalk.com
301 Commerce Street, Suite 3500
Fort Worth, TX 76102-4186
(817)878-0500; Fax: (817)878-0501
*Pro Hac Vice* Appearance
    and
Daniel Rapaport, CA BAR NO. 67217
**WENDEL ROSEN BLACK & DEAN, L.L.P.**
drapaport@wendel.com
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Tel: (510)834-6600
Fax: (510)834-1928
Local Co-Counsel

**ATTORNEYS FOR DEFENDANT
SWANSON SEMICONDUCTOR SERVICE, LLC**

|     |                                                        |
|-----|--------------------------------------------------------|
| 1   | AND                                                    |
| 2   | /s/Dean A. Morehous                                    |
|     | Dean A. Morehous                                       |
| 3   | David B. Ritchie                                       |
|     | Samuel W. Niece                                        |
| 4   | Christopher L. Ogden                                   |
|     | **THELEN REID BROWN RAYSMAN & STEIINER LLP**          |
| 5   | 225 West Santa Clara St., Ste. 1200                   |
|     | San Jose, CA 95113-1723                                |
| 6   | Phone: (408)282-1842                                   |
|     | Fax: (408)278-8242                                     |

**ATTORNEYS FOR PLAINTIFF,
REID-ASHMAN MANUFACTURING, INC.**

SO ORDERED



_____
Joseph C. Spero
Unites States

April 3, 2007
_____
Date