Richard L. Schwartz (TX Bar No. 17869500)
**WHITAKER CHALK SWINDLE & SAWYER L.L.P.**
301 Commerce Street, Suite 3500
Fort Worth, TX 76102-4186
Telephone: (817) 878-0524
Fax: (817) 878-0501

Daniel Rapaport (Bar No. 67217)
Thiele R. Dunaway (Bar No. 130953)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Defendant and Counter-Claimant
Swanson Semiconductor Service, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REID-ASHMAN MANUFACTURING, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SWANSON SEMICONDUCTOR SERVICE, LLC, a Texas Limited Liability Company,<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIM. | Case No. C 06-04693 JCS<br><br>**JOINT STIPULATED AMENDED REVISIONS TO THE PATENT CASE MANAGEMENT AND PRETRIAL ORDER (JURY)**<br><br>Judge: The Hon. Joseph C. Spero<br>Jury Trial Demanded |

1  The parties have met and conferred and respectfully jointly stipulate to the following
2  amendment to the Patent Case Management and Pretrial Order (Court Document #40) and
3  Revisions (Document #72) to permit a two and a half month extension of time for certain "Claim
4  Construction" deadlines, as follows:

5  **II.  CLAIM CONSTRUCTION**

6  E.  The parties shall file their Joint Claim Construction and Pre-hearing Statement
7  pursuant to Pat. L.R. 4-3 on or before **June 20, 2007**.

8  G.  The claim construction discovery period shall begin after **February 12, 2007**.  The
9  parties shall be allotted no more than ten (10) claim construction interrogatories per side and five
10  (5) claim construction depositions per side.  Completion of Claim Construction Discovery
11  pursuant to Patent L.R. 4-4 shall be completed on or before **June 28, 2007**, except on matters for
12  which there is a pending discovery motion filed on or before that date.

13  H.  Opening Claim Construction Briefs by Plaintiff pursuant to Pat L.R. 4-5(a) on or
14  before **July 12, 2007**.

15  I.  Responding Claim Construction Briefs by Defendant pursuant to Pat L.R. 4-5(b)
16  on or before **July 26, 2007**.

17  J.  Reply Claim Construction Briefs by Plaintiff pursuant to Pat L.R. 4-5(c) on or
18  before **August 2, 2007**.

19  K.  The Claim Construction hearing is set for ~~**August 30, 2007**~~ **September 6, 2007, at 1:30 p.m.**

20  The parties seek this stipulated extension of time to permit orderly discovery and a further
21  narrowing of the claim construction issues while they continue to explore a possible negotiated
22  resolution.

23
24
25
26
27
28

014539.0001\810874.1

*JOINT STIPULATED AMENDED REVISIONS TO THE
PATEN CASE MANAGEMENT AND PRETRIAL ORDER*  - 2 -
*(JURY) - Case No. C 06-04693 JCS*

| | | |
|---|---|---|
| 1 | April 24, 2007 | Respectfully submitted, |
| 2 | | |
| 3 | |    */s/ Richard L. Schwartz* |
| 4 | | Richard L. Schwartz, TX BAR NO. 1786950<br>**WHITAKER CHALK SWINDLE & SAWYER L.L.P.** |
| 5 | | rschwartz@whitakerchalk.com<br>301 Commerce Street, Suite 3500 |
| 6 | | Fort Worth, TX 76102-4186<br>(817) 878-0500; Fax: (817) 878-0501 |
| 7 | | *Pro Hac Vice* Appearance<br>   and |
| 8 | | Daniel Rapaport, CA BAR NO. 67217<br>**WENDEL, ROSEN, BLACK & DEAN LLP** |
| 9 | | drapaport@wendel.com<br>1111 Broadway, 24th Floor |
| 10 | | Oakland, CA 94607<br>Tel: (510) 834-6600 |
| 11 | | Fax: (510) 834-1928<br>Local Co-Counsel |
| 12 | | |
| 13 | | **Attorneys for Defendant**<br>**Swanson Semiconductor Service, LLC** |
| 14 | | And |
| 15 | |    */s/ Dean A. Morehous* |
| 16 | | Dean A. Morehous<br>David B. Ritchie |
| 17 | | Samuel W. Niece<br>Christopher L. Ogden |
| 18 | | **THELEN REID BROWN RAYSMAN & STEINER LLP** |
| 19 | | 225 West Santa Clara St., Ste. 1200<br>San Jose, CA 95113 |
| 20 | | Tel: (408) 282-1842<br>Fax: (408) 278-8242 |
| 21 | | **Attorneys for Plaintiff Reid-Ashman Manufacturing, Inc.** |
| 22 | | |
| 23 | SO ORDERED: | |
| 24 | _____ | April 24, 2007 |
| 25 | Joseph C. Spero<br>United States Magistrate Judge | Date |

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*