## WHITAKER, CHALK, SWINDLE & SAWYER, L.L.P.
### ATTORNEYS AT LAW

301 COMMERCE STREET, SUITE 3500
FORT WORTH, TEXAS 76102-4186

(817) 878-0500
METRO (817) 429-6268
WWW.WHITAKERCHALK.COM

RICHARD L. SCHWARTZ
DIRECT DIAL (817) 878-0524

FAX (817) 878-0501
RSCHWARTZ@WHITAKERCHALK.COM
22572.001

August 15, 2007

**VIA E-MAIL**

The Honorable Joseph C. Spero
United States District Court
Northern District of California
Courtroom A, 15th Floor
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: Case No. C 06-04693; *Reid-Ashman Manufacturing, Inc., a California corporation, v. Swanson Semiconductor Service, LLC, a Texas limited liability company*; pending in the United States District Court, Northern District of California, San Francisco Division

Dear Judge Spero:

Pursuant to the Clerk's Notice (Court Doc. #90) dated July 25, 2007, I hereby request attendance via telephone at the case management conference in the referenced case scheduled for Friday, August 24, 2007, beginning at 1:30 p.m. I may be reached at **(817)878-0524**.

Respectfully submitted,

Richard L. Schwartz
Attorney for Swanson Semiconductor Services, LLC

RLS\dg
R:\Stor\RLS\Swanson\Reid-Ashman Mfg\Letters\Spero-l3.wpd
cc: Via E-mail
Dean A. Morehous, Jr.
W. Samuel Niece
Christopher L. Ogden
David B. Ritchie
Daniel Rapaport

Dated: Aug. 15, 2007

